# Exhibit A

**From:** Roper, Andrew <aroper@haugpartners.com>
**Sent:** Friday, October 30, 2026 9:45 AM
**To:** Minniti, Carl; Dittmann, Eric W.; Unikel, Robert; Clouston, Stephanie; Landes, Gabrielle; Romero, Angie; Bruns, Sydney E.; PH-Allergan-Galderma
**Cc:** Jennifer Klein Ayers; Steven Schortgen; Haug, Ed; Farrell, Kaitlin M.
**Subject:** [EXT] RE: Allergan, Inc. v. Galderma Laboratories, L.P., et al., Case No. 3:26-cv-02420 (N.D. Tex.) - Restylane Syringe

**-- External Email --**

Report Suspicious

Carl—

Allergan asked Galderma to ship it at least three physical samples at the pleadings stage. As a courtesy, Galderma offered an inspection, on reciprocal terms. Your email doesn't respond to those terms, so we take it that Allergan declines. The offer remains open.

Your email refers to "press release videos" at paragraphs 59 and 62 of the Complaint. But the Complaint doesn't appear to cite any "press release videos." Exhibit V, the press release cited in paragraph 59, contains no video, and paragraph 62 cites three Instagram reels. As Galderma explained in its motion, the image in paragraph 62 doesn't appear to match those reels and appears to have been altered. Allergan has not said where the image came from, what was done to it, or whether it examined a physical sample before filing suit. We asked on October 20 and ask again here.

Nonetheless, if Allergan raises these as-yet-unidentified "press release videos" in its opposition, we may address or even rely on them in reply.

-Andrew

Andrew S. Roper
Partner

**Haug Partners LLP**
745 Fifth Avenue
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2011 Direct

aroper@haugpartners.com
www.haugpartners.com

---

**From:** Minniti, Carl <carlminniti@paulhastings.com>
**Sent:** Wednesday, October 28, 2026 10:49 PM
**To:** Roper, Andrew <aroper@haugpartners.com>
**Cc:** Dittmann, Eric W. <ericdittmann@paulhastings.com>; Unikel, Robert <robertunikel@paulhastings.com>; Clouston, Stephanie <stephanieclouston@paulhastings.com>; Landes, Gabrielle <gabriellelandes@paulhastings.com>; Romero, Angie <angiegarcia@paulhastings.com>; Bruns, Sydney E. <sydneybruns@paulhastings.com>; PH-Allergan-Galderma <PH-Allergan-Galderma@paulhastings.com>; Jennifer Klein Ayers <jayers@sheppard.com>; Haug, Ed

<EHaug@haugpartners.com>; Farrell, Kaitlin M. <kfarrell@haugpartners.com>
**Subject:** RE: Allergan, Inc. v. Galderma Laboratories, L.P., et al., Case No. 3:26-cv-02420 (N.D. Tex.) - Restylane Syringe

**This Message originated outside your organization.**

---

Andrew,

Allergan's request to obtain physical samples of the syringe depicted in Galderma's extrinsic exhibit was not an invitation to negotiate irrelevant issues.

Is it Galderma's position that the syringe reflected in its press release videos (*see, e,g.*, D.I. 1 at ¶¶ 59, 62) does not reflect the syringe for which Galderma obtained FDA approval?

Regards,
Carl

**Carl Minniti | Paul Hastings LLP | 212.318.6866**

---

**From:** Roper, Andrew <aroper@haugpartners.com>
**Sent:** Tuesday, October 20, 2026 12:24 PM
**To:** Minniti, Carl <carlminniti@paulhastings.com>
**Cc:** Dittmann, Eric W. <ericdittmann@paulhastings.com>; Unikel, Robert <robertunikel@paulhastings.com>; Clouston, Stephanie <stephanieclouston@paulhastings.com>; Landes, Gabrielle <gabriellelandes@paulhastings.com>; Romero, Angie <angiegarcia@paulhastings.com>; Bruns, Sydney E. <sydneybruns@paulhastings.com>; PH-Allergan-Galderma <PH-Allergan-Galderma@paulhastings.com>; Jennifer Klein Ayers <jayers@sheppard.com>; Haug, Ed <EHaug@haugpartners.com>; Farrell, Kaitlin M. <kfarrell@haugpartners.com>
**Subject:** [EXT] RE: Allergan, Inc. v. Galderma Laboratories, L.P., et al., Case No. 3:26-cv-02420 (N.D. Tex.) - Restylane Syringe

Carl—

As a courtesy, Allergan's counsel may inspect and photograph the Restylane® syringe depicted in Exhibit 1 to Galderma's motion to dismiss at our New York office, at a mutually convenient time. The inspection must be non-destructive and the syringe may not be disassembled, altered, or otherwise tested. This offer is conditional on Allergan providing a reciprocal inspection of the syringe sample(s) it presumably obtained before filing suit, or alternatively, confirmation that Allergan filed its suit before inspecting a physical sample of the syringe, in which case, Galderma would require identification of the source of the images included in the Complaint and documentation of any edits made to those images.

-Andrew

Andrew S. Roper
Partner

**Haug Partners LLP**
745 Fifth Avenue
New York, NY 10151
+1 212.588.0800 Main
+1 212.863.2011 Direct

aroper@haugpartners.com
www.haugpartners.com

**From:** Minniti, Carl <carlminniti@paulhastings.com>
**Sent:** Thursday, October 15, 2026 3:35 PM
**To:** Jennifer Klein Ayers <jayers@sheppard.com>; Haug, Ed <ehaug@haugpartners.com>; Roper, Andrew <aroper@haugpartners.com>; Farrell, Kaitlin M. <kfarrell@haugpartners.com>
**Cc:** Dittmann, Eric W. <ericdittmann@paulhastings.com>; Unikel, Robert <robertunikel@paulhastings.com>; Clouston, Stephanie <stephanieclouston@paulhastings.com>; Landes, Gabrielle <gabriellelandes@paulhastings.com>; Romero, Angie <angiegarcia@paulhastings.com>; Bruns, Sydney E. <sydneybruns@paulhastings.com>; PH-Allergan-Galderma <PH-Allergan-Galderma@paulhastings.com>
**Subject:** Allergan, Inc. v. Galderma Laboratories, L.P., et al., Case No. 3:26-cv-02420 (N.D. Tex.) - Restylane Syringe

**This Message originated outside your organization.**

---

Counsel,

Galderma's recent Rule 12(b)(6) motion to dismiss introduces additional photographs of the Restylane® syringe. (*See* D.I. 32, Ex. 1.) Allergan requests that at least three physical samples of the syringe reflected in these photos be provided to counsel. The syringes can be sent to the following address:

Paul Hastings LLP c/o Carl Minniti
MetLife Building
200 Park Avenue
New York, NY 10166

Please let us know when we can expect to receive the syringes, along with a tracking number.

Additionally, let us know if Galderma's counsel has a group email address to include on case communications moving forward.

Regards,
Carl

---

**Carl J. Minniti III | Of Counsel, Litigation Department**
Paul Hastings LLP | 200 Park Avenue, New York, NY 10166 | Direct: +1.212.318.6866 | Main: +1.212.318.6000 | Fax: +1.212.319.4090 | carlminniti@paulhastings.com | www.paulhastings.com

*****************************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

---

This email originates from Haug Partners LLP. It is intended only for the addressee(s) named herein, and may contain confidential and/or legally privileged

information. The dissemination, distribution, or copying of this email by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you received this message in error, please promptly notify us at firm@haugpartners.com or (212) 588-0800.